PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CHARLES RUBALCAVA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:23-cv-1137 DB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The parties further request that the Court

STIPULATION TO REMAND; 2:23-CV-01137-DB

direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Acting Commissioner.

               Respectfully submitted,

DATE:  September 6, 2023    /s/ *Robert Weems**
               ROBERT WEEMS
               Attorney for Plaintiff
               *Authorized via e-mail on September 6, 2023

               PHILLIP A. TALBERT
               United States Attorney

               MATHEW W. PILE
               Associate General Counsel
               Office of Program Litigation, Office 7

DATE: September6, 2023   By: /s/ *Justin L. Martin*
               JUSTIN L. MARTIN
               Special Assistant United States Attorney
               Office of Program Litigation, Office 7

               Attorneys for Defendant

## **ORDER**

Pursuant to the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), IT IS HEREBY ORDERED that:

  1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand;

  2. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

  3. This action is closed.

DATED:  September 12, 2023  /s/ DEBORAH BARNES
               UNITED STATES MAGISTRATE JUDGE